FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHERY D., <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, <br><br>　　　　Defendant. | NO. 4:18-CV-05165-SAB <br><br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

　　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18. The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including a *de novo* hearing pursuant to 42 U.S.C. § 405(g). The parties further agree that reasonable attorney fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1. The parties' Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.

　　　　2. The decision denying benefits is **REVERSED** and **REMANDED** for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall further develop the record, update the medical records, and issue a new decision. The ALJ shall also:

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

- Reevaluate the opinion evidence of record;
- Reevaluate Plaintiff's symptom testimony;
- Reevaluate third party law witness statements;
- Reassess Plaintiff's maximum residual functional capacity; and
- Obtain supplemental vocational expert evidence.

3. This remand is made pursuant to 42 U.S.C. § 405(g).

4. Plaintiff's Motion for Summary Judgment, ECF No. 15, is **DISMISSED as moot**.

5. Upon proper presentation, this Court shall consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

6. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment, and close this file.

**DATED** this 5th day of September 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**